**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:25-cv-03466-STV

ALIYAH M. MATTHIAS,

Plaintiff,

v.

TRADER JOE'S COMPANY,

Defendant.

---

**ENTRY OF APPEARANCE - LAURIE J. RUST**

---

Please take notice that Laurie J. Rust of the law firm Littler Mendelson, P.C. hereby enters her appearance on behalf of Defendant Trader Joe's Company. Ms. Rust certifies that she is a member in good standing of the bar of this Court.

Respectfully submitted this 29th day of December, 2025.

*/s/ Laurie J. Rust*

Laurie J. Rust
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Tel: 303.629.6200
Email: lrust@littler.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2025 I filed the foregoing **ENTRY OF APPEARANCE - LAURIE J. RUST** using the courts CM/ECF filing system and served via U.S. Mail to the following:

Aliyah M. Matthias
2600 Welton St., Unit 502
Denver, CO 80205
Tel: 303.641.5814
Email: aliyah.matthias@gmail.com

*Pro Se Plaintiff*

*/s/ Joanna Fox*
Joanna Fox, Legal Assistant

4937-6207-8085